Nathan Mark Ralls, Hoblit Darling Ralls Hernandez & Hudlow, L.L.P., San Antonio, TX, for Defendants-Appellees Adam Zeldes, John Doe, Grant Ruedemann

Nathan Mark Ralls, Hoblit Darling Ralls Hernandez & Hudlow, L.L.P., San Antonio, TX, Michael David Siemer, Attorney, City Attorney's Office for the City of San Antonio, San Antonio, TX, for Defendant-Appellee City of San Antonio

Before BENAVIDES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM: *

Benedict Emesowum appeals the dismissal without an evidentiary hearing of his 42 U.S.C. § 1983 suit arising from his arrest at a bus terminal and claiming that the defendants violated his constitutional rights in several regards. He does not challenge the district court's several motion rulings contained in the order at issue and has, therefore, abandoned any such challenges. *See Yohey v. Collins,* 985 F.2d 222, 225 (5th Cir. 1993) (recognizing that even pro se litigants must brief arguments to preserve them); FED. R. APP. P. 28(a)(8).

We review the dismissal for failure to state a claim de novo, applying the standard used to review a dismissal under Federal Rule of Civil Procedure 12(b)(6). *Hart v. Hairston,* 343 F.3d 762, 763-64 (5th Cir. 2003). Emesowum, whose brief consists of conclusory assertions and is entirely devoid of record citations, fails to show that the district court erred. *See id.*

AFFIRMED.

**UNITED STATES of America, Plaintiff-Appellee**

v.

**Jaron Quinn DAILEY, Defendant-Appellant**

**No. 16-51021**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed September 15, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Jaron Quinn Dailey, Pro Se

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jaron Quinn Dailey has moved for leave to withdraw and has filed an initial brief and a supplemental brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**388**

Cir. 2011). Dailey has filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Dailey's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.